## Betty Olinger, Appellant, v. John H. Ohrberg, Appellee.

**Gen. No. 10,409.**

Sidney S. Deutsch and Connelly & Walker, for appellant; Sollo, Graham & Califf, for appellee; Robert G. Graham, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed October 20, 1950; rehearing denied October 2, 1951; released for publication Octiber 2, 1951.